UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DA'JUAN GILMORE,<br><br>            Plaintiff,<br><br>    v.<br><br>BAUDER, et al.,<br><br>            Defendants. | No. 1:19-cv-01229-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS DEFENDANT CASTILLO<br><br>(Doc Nos. 17, 24) |

    Plaintiff Edward Da'Juan Gilmore is is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 28, 2020, the defendants filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure ("Federal Rule") 41(b) and Local Rule 110 or, in the alternative, to dismiss only Defendant Castillo pursuant to Federal Rule 21.  (Doc. No. 17.)  Plaintiff failed to file a response to defendants' motion; therefore, the assigned magistrate judge deemed any potential opposition waived.  (Doc. No. 24 at 2.)

    On February 18, 2021, the assigned magistrate judge filed findings and recommendations, recommending that defendants' motion to dismiss Defendant Castillo be granted and that Castillo and the claims against him be dismissed without prejudice.  (Doc. No. 24.)  The magistrate judge found that the defendants were not properly joined in this action under Federal Rule 20.  (*Id.* at 4.)

The magistrate judge did not recommend dismissal of this entire action pursuant to Federal Rule 41(b) or Local Rule 110. (*Id.* at 5.) The findings and recommendations were served on the parties and provided 21 days to file objections thereto. (*Id.*) No party has filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 18, 2021 (Doc. No. 24) are adopted in full;
2. Defendants' motion to dismiss Defendant Castillo (Doc. No. 17) is granted;
3. Defendant Castillo and the claims against him are dismissed from this action without prejudice, pursuant to Federal Rule of Civil Procedure 21; and,
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 24, 2021**                              _Dale A. Drozd_
                                                         UNITED STATES DISTRICT JUDGE