UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DA'JUAN GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>BAUDER,<br><br>Defendant. | Case No. 1:19-cv-01229-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 32) |

Defendant moves to modify the discovery and scheduling order to extend the deadline to file motions challenging the exhaustion of administrative remedies by 10 days. (Doc. 32.) The current deadline is July 30, 2021. (Doc. 29 at 3.) The deadline for Plaintiff to file an opposition or a statement of non-opposition to Defendant's motion has not yet passed. *See* Local Rule 230(l). However, the Court finds neither necessary here because it finds—based on a review of the motion and defense counsel's supporting declaration—good cause to grant Defendant's request.

Accordingly, Defendant's motion is GRANTED. The deadline to file motions challenging the exhaustion of administrative remedies is extended to August 9, 2021. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **August 2, 2021**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE