UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DA'JUAN GILMORE,<br><br>  Plaintiff,<br><br>  v.<br><br>BAUDER,<br><br>  Defendant. | Case No. 1:19-cv-01229-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 36) |

Defendant moves to modify the Discovery and Scheduling Order (Doc. 29) to vacate the dispositive-motion deadline, until after the Court rules on Defendant's pending exhaustion-based motion for summary judgment. (Doc. 36.) Although the time for Plaintiff to file an opposition or statement of non-opposition to Defendant's motion has not yet passed, *see* Local Rule 230(l), the Court finds neither necessary here because it finds good cause to grant Defendant's request.

Accordingly, Defendant's motion is GRANTED. The Court VACATES the dispositive-motion deadline, to be reset if and when appropriate. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:  **October 5, 2021**          */s/ Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE