UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DA'JUAN GILMORE,<br><br>        Plaintiff,<br><br>    v.<br><br>BAUDER, et al.,<br><br>        Defendants. | No. 1:19-cv-01229-JLT-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST<br><br>(Docs. 34, 39) |

      Edward Da'Juan Gilmore is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 3, 2021, Defendants filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust his administrative remedies prior to filing suit, as required by the Prison Litigation Reform Act. (Doc. 34.) Plaintiff failed to respond to the motion.

      On November 23, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Defendants' motion for summary judgment be granted. (Doc. No. 39.) The magistrate found that the "uncontested evidence shows that Plaintiff failed to exhaust administrative remedies as required by the PLRA." (*Id.* at 7.) The findings and recommendations were served on plaintiff and provided him 21 days to file objections thereto. (*Id.*) Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, the Court ORDERS:

1. The findings and recommendations issued on November 23, 2021 (Doc. 39) are ADOPTED in full;
2. Defendants' motion for summary judgment (Doc. 34) is GRANTED;
3. This case is DISMISSED for Plaintiff's failure to exhaust administrative remedies prior to filing suit; and,
4. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **January 27, 2022**

UNITED STATES DISTRICT JUDGE

2